M. P. No. 1287. HARRY CHORNEY et al. v. PROVIDENCE REDEVELOPMENT AGENCY. Motion for leave to file petition for writ of certiorari granted and, on motion therefor, case consolidated for hearing with *Congregation Sons of Zion* v. *Providence Redevelopment Agency*, M. P. No. 1286, and *Kraus* v. *Providence Redevelopment Agency*, M. P. No. 1288. *Smith & Smith, Z. Hershel Smith,* for petitioners. *Timothy J. McCarthy, Paul F. Casey,* for respondent.

. M. P. No. 1288. MARTIN A. KRAUS et al. v. PROVIDENCE REDEVELOPMENT AGENCY. Motion for leave to file petition for writ of certiorari granted and, on motion therefor, case consolidated for hearing with *Congregation Sons of Zion* v. *Providence Redevelopment Agency*, M. P. No. 1286, and *Chorney* v. *Providence Redevelopment Agency*, M. P. No. 1287. *Smith & Smith, Z. Hershel Smith,* for petitioners. *Timothy J. McCarthy, Paul F. Casey,* for respondent.

M. P. No. 1292. NICHOLAS STRAFACH et al. v. RICHARD A. GRAY et al. Motion for leave to file petition for writ of certiorari denied. *Cappuccio & Cappuccio, Louis B. Cappuccio,* for petitioner Minnie Joseph. *Keenan, Rice, Dolan & Reardon, John T. Keenan,* for respondents.

M. P. No. 1300. LAWRENCE LEMA, p.p.a. et al. v. ANTHONY TRAVISONO et al. Respondent directed to file answer to petition for habeas corpus and *show cause,* if any he has, why writ should not issue as prayed, the answer to comply with Provisional Order No. 7. *Barry A. Fisher* and *Peter W. Thoms,* Rhode Island Legal Services, for petitioners. *Richard J. Israel,* Attorney General, for respondents.

M. P. No. 1302. HOWARD WARREN TATE v. FRANCIS A. HOWARD, *Warden.* Respondent directed to file answer to petition for habeas corpus and *show cause,* if any he has, why writ should not issue as prayed, the answer to comply with Provisional Order No. 7. *Howard Warren Tate,* petitioner, pro se. *Richard J. Israel,* Attorney General, for respondent.